February 2, 2010
Page 3

Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
**FILED**

FEB 0 2 2010

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                    Crim. No. 5:05-CR-139-JBC

MARCUS ADKINS

On October 1, 2007, the above-named defendant was sentenced to 34 months custody followed supervised release for a period of three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Marcus Adkins be discharged from supervised release.

Respectfully submitted,

Margaret T. Daniel
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated this _1st_ day of _February_, 20_10_.

The Honorable Jennifer B. Coffman
Chief United States District Judge